UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

IN RE:                                         )
                                               )
Lori Lee Flint                                 )         CASE No. 05-41144
                                               )
        Debtor                                 )

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:   Home Hospital %NCO Financial Systems, Inc., 2360 Campbell Creek Blvd., Ste, 500, Richardson, TX 75082-4453

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $13.99 into the Registry Account with the U.S. Bankruptcy Court. The Trustee issued Check No. 101057 on July 3, 2010 in the amount of $13.99 to the creditor listed above. The creditor returned the check and stated they were "unable to identify the account". All future disbursements were placed on "reserve" and funds turned over to the Registry Account.

   To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

   Dated this 9th day of September, 2010.


                        /s/ David A. Rosenthal
                        David A. Rosenthal
                        Chapter 13 Trustee
                        P.O. Box 505
                        Lafayette, IN 47902
                        (765) 742-8248

CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 9th day of September, 2010 to:

Home Hospital %NCO Financial Systems, Inc., 2360 Campbell
 Creek Blvd., Ste, 500, Richardson, TX 75082-4453
United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN
 46601
Kimberly Wright, P.O. Box 377, Lafayette, IN 47902

        /s/ David A. Rosenthal
        David A. Rosenthal
        Chapter 13 Trustee
        P.O. Box 505
        Lafayette, IN 47902
        (765) 742-8248